# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**TOM WATSON CONSTRUCTION, LLC**                                                  **PLAINTIFF**

**v.**                                          **Case No. 4:25-cv-00445-KGB**

**KURT JONES, individually and in his**
**official capacity as City Engineer,** *et al*.                            **DEFENDANTS**

## ORDER

Before the Court is the status of the case.  On February 19, 2026, the parties filed a joint status report pursuant to the Court's January 20, 2026, Order (Dkt. No. 15).  The parties represent that they have reached an agreement and are diligently, and in good faith, finalizing the terms of a general release and settlement agreement (*Id.*).  The parties represent that they will promptly notify the Court upon execution of the agreement or file a joint stipulation of dismissal (*Id.*)  The Court directs that within 60 days of the entry of this Order, the parties shall file with the Court a joint stipulation of dismissal or status report.

It is so ordered this 23rd day of February, 2026.

Kristine G. Baker
Chief United States District Judge